UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LINFORD SAMUEL BLACK § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-295 |
| § | |
| JUAN AGUDELO *et al.* § | |

**ORDER**

Before the Court are Petitioner Linford Samuel Black's Petition for Writ of Habeas Corpus and Motion for an Order to Show Cause (Dkt. Nos. 1, 2). Having reviewed the pleadings and given the complexity of the claims, the Court hereby **ORDERS** Respondents to file a response and serve it on Petitioner within **five (5) days** of the date of service. The responsive pleading **must** specifically address whether this Court has jurisdiction to entertain this Petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). **Due to the time-sensitive nature of Petitioner's claims, no extensions will be granted**.

The Clerk of Court is **DIRECTED** to serve a copy of Petitioner's Writ of Habeas Corpus (Dkt. No. 1), Motion for an Order to Show Cause (Dkt. No. 2), their attachments (Dkt. Nos. 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 2-1), and this Order on Respondents via certified mail return receipt requested at the following addresses:

Juan Agudelo
Field Office Director
United States Immigration and Customs Enforcement
1717 Zoy Street
Harlingen, Texas 78552

    Todd Lyons
    Acting Director
    United States Immigration and Customs Enforcement
    500 12th Street SW
    Washington, District of Columbia 20536

    Kristi Noem
    United States Secretary of the Department of Homeland Security
    245 Murray Lane SW
    Mail Stop 0485
    Washington, District of Columbia 20528

    Pamela Bondi
    United States Attorney General
    950 Pennsylvania Avenue NW
    Washington, District of Columbia 20530

    Mario Garcia
    Warden of Webb County Detention Center
    1200 Shiloh Drive
    Laredo, Texas 78040

Pursuant to Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is **DIRECTED** to serve copies of Petitioner's Writ of Habeas Corpus (Dkt. No. 1), Motion for an Order to Show Cause (Dkt. No. 2), their attachments (Dkt. Nos. 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 2-1), and this Order via certified mail return receipt requested on the following:

    United States Attorney
    Attention: Civil Process Clerk
    1000 Louisiana Street, Suite 2300
    Houston, Texas 77002

*See also* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

The Clerk of Court is also **DIRECTED** to electronically serve a courtesy copy of this Order on the Southern District of Texas's Civil Chief Daniel Hu at usatxs.civilnotice@usadoj.gov.

It is further **ORDERED** that if Petitioner elects to file a reply, he may do so no

2

later than **three (3) days** after Respondents file their respective answers or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

To preserve the status quo while the Court considers this matter, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Laredo Division, or any planned removal of him from the United States, **at least five (5) days before** any such transfer or removal.

Finally, Respondents will not be served further notice of activity on this docket. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

It is so **ORDERED**.

**SIGNED** December 31, 2025.

Marina Garcia Marmolejo
United States District Judge