United States District Court
Southern District of Texas

**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LINFORD SAMUEL BLACK | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-295 |
| | § | |
| JUAN AGUDELO *et al.* | § | |

## ORDER

The Court granted Petitioner's writ of habeas corpus (*see* Dkt. No. 21). According to the parties' advisory, Petitioner was released on February 3, 2026 (*see* Dkt. No. 22).

Accordingly, it appears as if no live disputes remain in this case. The parties are **ORDERED** to file a joint advisory addressing how they would like the Court to proceed by **May 11, 2026**. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date. *See* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is so **ORDERED**.

**SIGNED** April 27, 2026.

Marina Garcia Marmolejo
United States District Judge

1