United States District Court
Southern District of Texas
**ENTERED**
May 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LINFORD SAMUEL BLACK | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-295 |
| | § | |
| JUAN AGUDELO[1] *et al.* | § | |

## ORDER FOR EXPEDITED RESPONSE

Before the Court is Petitioner's Motion for Order to Show Cause (Dkt. No. 28). Petitioner asserts he was re-detained on May 5, 2026, in Burlington, Massachusetts (Dkt. No. 28 at 2). According to Petitioner, he is "not [in] violation of any conditions of his Order of Supervision" and he cannot be removed to Saint Kitts, the third-country Respondents' identified (Dkt. No. 28 at 2–3). Finally, Petitioner references another habeas proceeding, *Black v. Wesling*, No. 1:26-cv-12045-WGY (D. Mass. May 5, 2026) (*see* Dkt. No. 28 at 3). Respondents have not responded to the motion; however, their duty to do so has not yet arisen.

Generally, a party has twenty-one days to file a response to an opposed motion. *See* L.R. 7.3; J. Garcia Marmolejo Civ. Ct. P. 6(A)(4). However, "[t]he Court may in its discretion, on its own motion or upon application, entertain and decide any motion, shorten or extend time periods, and request or permit additional authority or supporting material." L.R. 7.8.; *see also Molina v. Equistar Chems. LP*, 261 F. App'x 729, 734 n.3 (5th Cir. 2008).

If Respondents oppose the motion, they are **ORDERED** to file responsive briefing

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. Markwayne Mullin is automatically substituted for Respondent Kristi Noem under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

no later than **May 15, 2026, at 3:00 p.m.** At a minimum, Respondents should address: (1) if a material change in circumstances prompted Petitioner's re-detention; (2) Petitioner's claim he is seeking fear-based relief from removal to Saint Kitts and the impact, if any, that has on his impending removal; and (3) the affect, if any, of the parallel litigation in *Black v. Wesling*, No. 1:26-cv-12045-WGY (D. Mass. May 5, 2026).

Petitioner may then file a reply, if any, no later than **May 18, 2026, at 3:00 p.m.**

It is so **ORDERED**.

**SIGNED** May 12, 2026.

Marina Garcia Marmolejo
United States District Judge

2